

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| TANYA BISHOP, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 2:05-CV-2399 JPM |
| NYK LOGISTICS (AMERICAS) INC., | |
| Defendant. | |



## *PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE*

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Tonya Bishop ("Plaintiff") hereby stipulates to the dismissal with prejudice of all claims asserted by Plaintiff in her Complaint against Defendant NYK Logistics (Americas) Inc. ("Defendant") in the above-styled action. Except as otherwise provided for in the parties' confidential settlement agreement, the parties shall bear their own costs and attorneys' fees.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-3-05

1



STIPULATED AND AGREED this 30th day of June 2005.

*Kathy D Baker*
Stuart B. Breakstone
Tennessee Bar No. 14761
Kathy D. Baker
Tennessee Bar No. 023485
8 South Third Street, 4th Floor
Memphis, Tennessee 38103
901.522.0052

Attorneys for Plaintiff

PURSUANT TO THE FOREGOING STIPULATION, **DISMISSAL WITH PREJUDICE** IS ENTERED THIS 2 DAY OF Aug. 2005.

Jon P McCalla
The Honorable Jon Phipps McCalla
Judge, United States District Court

Firmwide:80133503.1 048134.1003

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02399 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

Stuart B. Breakstone
8 South Third
4th Floor
Memphis, TN 38103

Kathy D. Baker
8 South Third
4th Floor
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT