FILED BY _____ D.C.

05 AUG 3  AM 8:52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

TANYA BISHOP

VS

NYK LOGISTICS (AMERICAS), INC.

**JUDGMENT IN A CIVIL CASE**

CASE NO: 05-2399 Ml/P

Upon dismissal by the plaintiff:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Plaintiff's Stipulation of Dismissal With Prejudice filed August 2, 2005, this case is DISMISSED with prejudice.

APPROVED:

_____
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

Aug 2, 2005
_____
Date

THOMAS M. GOULD
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-3-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02399 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

Stuart B. Breakstone
8 South Third
4th Floor
Memphis, TN 38103

Kathy D. Baker
8 South Third
4th Floor
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT